**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11   Rosa L. Downing,                          NO. C 05-03920 JW   JW

12            Plaintiff,                        **ORDER TO SHOW CAUSE RE:**
                                                **DISMISSAL**
     v.
13
     Jo Anne B. Barnhart,
14
              Defendant(s).
15   _____/

16       As ordered in the Court's "Social Security Procedural Order" (Docket Item No. 3), Plaintiff

17   was to "serve and file a motion for summary judgment or for remand within thirty days of service of

18   defendent's [sp.]  answer."  According to the Court's docket, Defendant filed a certificate of service

19   on March 22, 2006.  To date, Plaintiff has not filed a motion for summary judgment or remand.

20       The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States

21   District Court, 280 South First Street, San Jose, Ca. on July 19, 2006 at 9:00 a.m. to show cause, if

22   any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days

23   prior to appearance date, why said case should not be dismissed for failure to timely file a motion for

24   summary judgment or remand.  The certificate shall set forth in factual summary the reason no

25   motion was filed and what steps Plaintiff is taking to pursue the action, its present status, and the

26   expected future course of the cause.

27

28

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2    this action.

3    / / /

4    Dated: June 20, 2006                         /s/ James Ware
     05eciv3920oscredism                          JAMES WARE

5                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Elizabeth Firer Elizabeth.Firer@ssa.gov
   Jeffrey Brian Randolph amazing1098@hotmail.com
3  Sara Winslow sara.winslow@usdoj.gov

4

5  **Dated: June 20, 2006**                          **Richard W. Wieking, Clerk**

6
                                                    **By:__/s/ JW Chambers_____**
7                                                       **Melissa Peralta**
                                                        **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28