**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosa L. Downing, | NO. C 05-03920 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Jo Anne Barnhart, | |
| Defendant. | |

Pursuant to the Court's September 20, 2006 Order of Dismissal With Prejudice, judgment is entered for Defendant Jo Anne Barnhart, against Plaintiff Rosa L. Downing.

The Clerk shall close this file.

Dated: September 20, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth Firer Elizabeth.Firer@ssa.gov
Jeffrey Brian Randolph amazing1098@hotmail.com
Sara Winslow sara.winslow@usdoj.gov

**Dated: September 20, 2006**               **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28